FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 31, 2026

SEAN F. McAVOY, CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEPH ALEXANDER,<br><br>        Plaintiff,<br><br>        v.<br><br>DAWN HILL-KEARSE and SERGIO JIMENEZ,<br><br>        Defendants. | No.  2:26-cv-00043-SAB<br><br>**ORDER OF DISMISSAL** |

On February 10, 2026, the Court ordered Plaintiff to show cause why the application to proceed in forma pauperis should not be denied, or in the alternative, granted leave to file an amended complaint. Plaintiff has failed to take any action.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to file this Order, provide copies to Plaintiff, and **close** the file.

**DATED** this 31st day of March 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL # 1**